UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAROLD L. RICHARDSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case: 1:07-cv-00513 |
| | ) Assigned To : Unassigned |
| JOHN ASHCROFT, et al., | ) Assign. Date : 03/19/2007 |
| | ) Description: RICHARDSON V. JOHN ASHCROFT, ET AL., |
| Defendants. | ) |

### TRANSFER ORDER

This matter comes before the Court on review of plaintiff's application to proceed *in forma pauperis*, his *pro se* complaint, and motion for a restraining order. The case will be transferred to the United States District Court for the Eastern District of Virginia for the following reasons.

Plaintiff is a resident of Maryland. He alleges that the defendants have engaged in improper conduct regarding his automobile loan. Defendants reside in Virginia. Plaintiff's loan was obtained in that jurisdiction.

Under Title 28 U.S.C. § 1404(a) a court may transfer a case to any other district where it might have been brought "[f]or the convenience of parties and witnesses, in the interests of justice." In considering whether transfer would be proper, the court considers the following factors:

> [T]he convenience of the witnesses of plaintiff and defendant; ease of access to sources of proof; availability of compulsory processes to compel the attendance of unwilling witnesses; the amount of expense for the willing witnesses; the relative congestion of the calendars of potential transferor and transferee courts; and other practical aspects of expeditiously and conveniently conducting a trial.

*SEC v. Page Airways*, 464 F.Supp. 461, 463 (D.D.C. 1978).

Even though a court should typically give deference to a plaintiff's forum choice, it need give

-2-

substantially less deference when the forum preferred by the plaintiff is not his home forum. *Piper Aircraft v. Reyno*, 454 U.S. 235, 255-56 (1981); *Boers v. United States*, 133 F.Supp.2d 64, 65 (D.D.C. 2001).

Plaintiff has attached documents indicated that he is pursuing this same cause of action in state court in Alexandria, Virginia. As stated above, defendants reside in that state and the actions alleged in the complaint occurred in Virginia. The District of Columbia has no apparent connection to this case. Therefore, in the interests of justice, it is

**ORDERED** that the case is **TRANSFERRED** to the United States District Court for the Eastern District of Virginia. Whether plaintiff should be permitted to proceed *in forma pauperis* is a matter to be addressed by the transferee court.

United States District Judge

Dated: 3/8/07